[S. F. No. 7500.  In Bank.—August 5, 1915.]

SUTTER STREET RAILWAY COMPANY (a Corporation), Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

INJUNCTION—SUPERIOR COURT CANNOT STAY OPERATION OF TEMPORARY INJUNCTION.—The alternative writ of prohibition heretofore issued is made peremptory on the authority of *United Railroads* v. *Superior Court, ante,* p. 755.

APPLICATION for a Writ of Prohibition directed to the Superior Court of the City and County of San Francisco, and to James M. Troutt, Judge thereof.

The facts are similar to those stated in the opinion in *United Railroads* v. *Superior Court, ante,* p. 755.

Wm. M. Abbott, and Wm. M. Cannon, for Petitioner.

Percy V. Long, City Attorney, for Respondent.

Sullivan & Sullivan and Theo. J. Roche, *Amici Curiae,* for Respondent.

THE COURT.—This case is the same in all respects as that of *United Railroads* v. *Superior Court* (S. F. No. 7499) *ante,* p. 755, [151 Pac. 129], decided this day. For the reasons given in the opinion filed in that case the same decision must be rendered in this.

The alternative writ heretofore issued is made peremptory.

Lawlor, J., dissented.

Rehearing denied.

Lawlor, J., dissented from the order denying a rehearing.